IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION


CANDICE BUCKNER,

    Plaintiff,                                              Case No. 3:14-cv-901-J-32MCR

vs.

CONSOLIDATED CITY OF
JACKSONVILLE, JACKSONVILLE FIRE
AND RESCUE DEPARTMENT,

    Defendant.
_____/

## JOINT CASE MANAGEMENT REPORT

Plaintiff, Candice Buckner, and Defendant, the City of Jacksonville ("the City") (hereinafter referred to collectively as "the Parties"), pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and Rule 3.05(c) of the Local Rules of the Middle District of Florida, jointly submit the following proposed dates and discovery plan for the above-styled case:

| DEADLINE OR EVENT | AGREED DATE |
| --- | --- |
| **Mandatory Initial Disclosures (pursuant to Fed.R.Civ.P. 26(a)(1))** | December 4, 2014 |
| **Certificate of Interested Persons and Corporate Disclosure Statement** | November 7, 2014 |
| **Motions to Add Parties or to Amend Pleadings** | December 22, 2014 |
| **Disclosure of Expert Reports** | Plaintiff:    June 26, 2015<br>Defendant:   July 24, 2015<br>Rebuttal:    August 7, 2015 |

| DEADLINE OR EVENT | AGREED DATE |
|---|---|
| **Discovery Deadline** | September 25, 2015 |
| **Dispositive and *Daubert* Motions** | October 30, 2015 |
| **Trial Term** | Beginning March 2016 |
| **Estimated Length of Trial** | 5 days |
| **Jury/Non-Jury Trial** | Jury |
| **Mediation Deadline**<br><br>Proposed Mediator:   Alexandra K. Hedrick, Esq.<br>                              4446 Hendricks Avenue, Suite 398<br>                              Jacksonville, Florida 32207<br>                              Telephone:  (904) 398-3988 | August 14, 2015 |
| **Consent to Trial Proceedings Before Magistrate Judge** | Yes__     No  X |

I.      **Meeting of Parties**

Pursuant to Local Rule 3.05, the following counsel participated in a telephonic case management conference on October 27, 2014:

**Name:**  
Kirsten Doolittle, Esq.  
David J. D'Agata, Esq.  
Kelly Papa, Esq.

**Counsel for:**  
Plaintiff, Candice Buckner  
Defendant, the City of Jacksonville  
Defendant, the City of Jacksonville


II.    **Preliminary Pretrial Conference**

The Parties (check one) [ ___ ] request [ x ] do not request a preliminary pretrial conference before entry of a Case Management and Scheduling Order in this Track Two case. There are currently no unresolved issues to be addressed at such a conference.

III.    **Pre-Discovery Initial Disclosures of Core Information**

The Parties (check one) [ ___ ] have exchanged [ x ] agree to exchange information described in Fed.R.Civ.P. 26(a)(1)(A) - (D) on or by December 4, 2014.

IV.    **Agreed Discovery Plan for Plaintiff and Defendant**

A.    **Certificate of Interested Persons and Corporate Disclosure Statement**

Each Party has filed and served or shall file and serve a Certificate of Interested Persons and Corporate Disclosure Statement and shall not seek discovery from any source before filing and serving a Certificate and Statement.  The Parties recognize their continuing obligation to file and serve an amended Certificate and Statement within eleven days of (1) discovering any ground for amendment, including notice of case reassignment to a different judicial officer, or (2) discovering any ground for recusal or disqualification of a judicial officer.

B.    **Discovery Plan/Deadline**

The Parties will not file discovery materials with the Clerk except as provided in Local Rule 3.03.  In propounding and responding to discovery, each Party will consult with the other(s) and comply with the Federal Rules of Civil Procedure, the Local Rules, and the Middle District of Florida's Discovery Handbook.  Each Party will timely serve discovery requests so that the rules allow for a response prior to the discovery deadline. In addition, the Parties prefer to exchange written discovery via electronic mail and to exchange documents responsive to discovery requests electronically in PDF format and/or by compact disk or other appropriate

storage media where it is not unduly cumbersome or expensive to do so.

### C. Confidentiality Agreements/Motions to File Under Seal

The Parties acknowledge that they may not file documents under seal absent an appropriate motion and order entered pursuant to Local Rule 1.09. They may also reach their own agreement (without Court endorsement) regarding the designation of materials as "confidential," and the Court, at its discretion, will enforce appropriate stipulated and signed confidentiality agreements. The Parties do not seek the issuance of a protective order and do not seek to file any materials under seal as of the date of this filing.

### D. Discovery of Electronically Stored Information and Claims of Privilege

The Parties prefer to exchange electronically stored information ("ESI") electronically in PDF format and/or by compact disk or other appropriate storage media. With respect to voluminous ESI, the Parties will cooperate to identify reasonable search criteria and/or search terms in an effort to locate relevant ESI that is responsive to discovery requests. It is not contemplated at this time that the production of metadata will be required. The Parties may revisit this issue if warranted by the circumstances. The cost of the production of metadata will be borne by the Party making such a request. The Parties will negotiate in good faith an appropriate Confidentiality Agreement in order to protect confidential information revealed in production.

## V. Mediation

The Parties have agreed to and identified a mediator (from the Court's approved list of mediators) as set forth in the table above, and have agreed to the date stated in the table above as the last date for mediation.

## VI. Requests for Special Handling

The Parties have no requests for special consideration or handling as of the date of this filing.

Respectfully submitted this 30th day of October, 2014, by:

| | |
|---|---|
| */s/ Kelly H. Papa* | */s/ Kirsten Doolittle* |
| Kelly H. Papa | Kirsten Doolittle, Esq. |
| Assistant General Counsel | The Law Office of Kirsten Doolittle |
| Florida Bar No. 0178004 | Florida Bar No. 942391 |
| David J. D'Agata | 207 N. Laura Street, Suite 240 |
| Chief of Commercial Litigation | Jacksonville, Florida 32202 |
| Florida Bar No. 663891 | Telephone: (904) 551-7775 |
| City of Jacksonville | Facsimile: (904) 513-9254 |
| Office of General Counsel | kd@kdlawoffice.com |
| 117 West Duval Street, Suite 480 | *Counsel for Plaintiff, Candice Buckner* |
| Jacksonville, Florida, 32202 | |
| Telephone: (904) 630-1700 | |
| Facsimile: (904 630-1316 | |
| kpapa@coj.net | |
| dagata@coj.net | |
| *Counsel for Defendant, the City of Jacksonville* | |