IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CANDICE BUCKNER,

    Plaintiff,

vs.

                                                  Case No. 3:14-cv-901-J-32MCR

CONSOLIDATED CITY OF
JACKSONVILLE, JACKSONVILLE FIRE
AND RESCUE DEPARTMENT,

    Defendant.
_____/

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

    I hereby disclose the following pursuant to this Court's interested persons order:

    **1)** **the name of each person, attorney, association or persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:**

    a) Candice Buckner

    b) The Consolidated City of Jacksonville, Jacksonville Fire and Rescue Department

    c) Kirsten Doolittle, Esq.

    d) The Law Office of Kirsten Doolittle, P.A.

    e) Kelly Papa, Esq.

    f) David D'Agata, Esq.

    **2)** **the name of every other entity whose publicly traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:**

    None.

**3)  the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:**

None.

**4)  the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:**

Candice Buckner.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: November 13, 2014                                 Respectfully submitted,

                                              THE LAW OFFICE OF
                                              KIRSTEN DOOLITTLE, P.A.

/s Kirsten Doolittle
Kirsten Doolittle
Florida Bar No. 0942391
kd@kdlawoffice.com
The Elks Building
207 North Laura Street, Suite 240
Jacksonville, FL  32202
(904) 551-7775 Telephone
(904) 513-9254 Facsimile
*Attorney for Candice Buckner*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 13th day of November, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which in turn provided notice to the counsel of record.

/s Kirsten Doolittle
*Attorney for Candice Buckner*

2