UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CANDICE BUCKNER.

        Plaintiff,

vs.

Case No.: 3:14-cv-00901-TJC-MCR

CONSOLIDATED CITY OF JACKSONVILLE,
JACKSONVILLE FIRE AND RESCUE
DEPARTMENT,

        Defendant.
_____/

**DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's interested persons order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in this case:

    a.    Candice Buckner, Plaintiff

    b.    Kirsten Doolittle, Esquire

    c.    The Law Office of Kirsten Doolittle, P.A.

    d.    City of Jacksonville, Defendant

1

    e.  Jacksonville Fire and Rescue Department

    f.  Martin Senterfitt, Director/Fire Chief

    g.  City of Jacksonville, Office of General Counsel

    h.  David J. D'Agata, Esq.

    i.  Kelly H. Papa, Esq.

    j.  Ashley Benson, Esq.

  2.  The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    None known at this time

  3.  The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    None known at this time

  4.  The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    a.  Candice Buckner, Plaintiff

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated:      November 14, 2014

                                              Respectfully submitted by:

*/s/ David J. D'Agata*
David J. D'Agata
Chief of Commercial Litigation
Florida Bar No. 663891
Kelly H. Papa
Assistant General Counsel
Florida Bar No. 0178004
City of Jacksonville
Office of General Counsel
117 West Duval Street, Suite 480
Jacksonville, Florida 32202
(904) 630-1700 (Telephone)
(904) 630-1316 (Facsimile)
dagata@coj.net
kpapa@coj.net
*Counsel for Defendant, City of Jacksonville*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 14th day of November, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to the following:

Kirsten Doolittle, Esq.
207 North Laura Street, Suite 240
Jacksonville, FL  32202
kd@kdlawoffice.com

                                                 */s/ David J. D'Agata*
                                                 *Counsel for Defendant, City of Jacksonville*