UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CANDICE BUCKNER,

    Plaintiff,

v.                                            Case No.   3:14-cv-901-J-32MCR

CONSOLIDATED CITY OF
JACKSONVILLE, JACKSONVILLE
FIRE AND RESCUE DEPARTMENT,

    Defendant.

## **O R D E R**

    Upon review of the Joint Motion for Dismissal With Prejudice (Doc. 28), filed on September 23, 2015, this case is dismissed with prejudice. Unless the parties have otherwise agreed, each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

    **DONE AND ORDERED** in Jacksonville, Florida this 29th day of September, 2015.

_____
TIMOTHY J. CORRIGAN
United States District Judge

sj
Copies:

Counsel of record